**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media LLC

                              Plaintiff,

v.                                            Case No.: 1:14–cv–00090
                                                      Honorable John W. Darrah

John Doe, subscriber assigned IP address 67.173.50.181

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 12, 2014:

      MINUTE entry before the Honorable John W. Darrah: Status hearing held and continued to 8/28/14 at 9:30 a.m. Amended complaint to be filed by 6/19/14. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.