# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOHN DOE, <br><br> Defendant. | Case No. 1:14-cv-0090 <br><br> Assigned to: Honorable John W. Darrah <br> United States District Judge <br><br> **AGREED MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

     John Doe was personally served with the sealed amended complaint in this action on Saturday June 28, 2014. Thus, a response to the complaint is due today, Monday July 21, 2014.

     Counsel for Doe, Morgan Pietz, who previously filed a motion on Doe's behalf (ECF No. 10), but inadvertently failed to file a separate notice of appearance via CM/ECF, first learned on Friday July 28, 2014 that an amended complaint had been issued, and that service had been effected. Counsel for Doe had previously offered to waive service, and was thus surprised to learn that personal service had been effected directly on the client.

     Under the circumstances, Malibu Medial, LLC, through its acting[1] counsel Paul J. Nicoletti, has agreed to a 15-day extension of time to respond to the amended complaint, to Tuesday August 5, 2014.

     Accordingly, Doe respectfully requests that this Court grant this agreed motion, and order that the deadline for Doe to respond to the amended complaint in this matter is extended to August 5, 2014. A proposed order will be submitted in MS Word format to the appropriate email address.

---

[1] Malibu's counsel of record in this action, Mary Schulz, is on vacation this week.

- 1 -

Respectfully submitted,

DATED: July 21, 2014


**THE PIETZ LAW FIRM**


*/s/ Morgan E. Pietz*

Morgan E. Pietz (Cal. Bar No. 260629)
THE PIETZ LAW FIRM
3770 Highland Ave., Ste. 206
Manhattan Beach, CA 90266
mpietz@pietzlawfirm.com
Telephone: (310) 424-5557
Facsimile : (310) 546-5301

*Attorneys for Putative John Doe*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing paper with the Clerk of the Court using ECF, which will send notification of such filing to all attorneys of record.

/s/ Morgan E. Pietz        DATED:   July 21, 2014
Morgan E. Pietz